AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

E-FILED
Friday, 27 June, 2025  01:08:33 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

U.S. Postal Service Priority Mail Parcel

# 9405 5361 0619 3295 5670 11

)
)
)
)
)
)

Case No. 25-MJ-7039

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Central _____ District of _____ Illinois _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 USC 841(a)(1) | Distribution of/Posses with Intent to Distribute Controlled Substances |
| 18 USC 1952(a)(1) | Using the Mail to Distribute Proceeds of Criminal Activity |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attach~~ed~~

Redacted

*Applicant's signature*

Jonathan Haley, U.S. Postal Inspector TFO

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone and electronic mail _____ *(specify reliable electronic means)*.

Date:  6/27/2025

Eric Long
Digitally signed by Eric Long
Date: 2025.06.27 13:00:36 -05'00'

*Judge's signature*

City and state:  Urbana, Illinoi

Honorable Eric I. Long, United States Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

IN THE MATTER OF THE SEARCH OF

U.S. Postal Service Priority Mail Parcel

**# 9405 5361 0619 3295 5670 11**

currently in the custody of the U.S. Postal
Inspection Service

Case No. 25-MJ-7039

**FILED UNDER SEAL**

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

Jonathan D. Haley, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent with the Illinois State Police currently assigned
to the United States Postal Inspector Service Contraband Interdiction and
Investigations as a Task Force Officer (TFO). I have been employed with the
Illinois State Police since March of 2020 where I spent time as a full-time
narcotics investigator with the Vermilion County Metropolitan Group (VMEG).
Prior to the Illinois State Police, I was employed with the Vermilion County
Sheriff's Department as a Sheriff's Deputy beginning in September of 2013 and
assigned to investigations in February of 2018. In my law enforcement career, I
have worked an extensive number of criminal cases including narcotics

investigations. As a Special Agent with the Illinois State Police, I received training in investigating violations of federal statutes, and I am responsible for conducting investigations regarding such criminal violations. As a U.S. Postal Inspector TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. The Springfield Multi-Functional Team, partnered with the Contraband Interdiction and Investigations unit, has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity. My combined 7 years as a criminal investigator has included numerous criminal investigations, the execution of search warrants and the seizure of contraband. My assignment with the USPIS has provided me with valuable insight into how controlled substances or the proceeds of controlled substances are shipped through the U.S. Postal Service (USPS) and how the USPS is used as a tool by individuals or groups to facilitate drug trafficking.

2.      The facts set forth in this affidavit are based on my personal knowledge and investigation. This affidavit is also based on knowledge I obtained from other individuals, including other law enforcement officers, my review of documents related to this investigation, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

3.      I make this affidavit in support of an application for a search warrant for the U. S. Postal Service Priority Mail parcel **#9405 5361 0619 3295 5670 11**, hereinafter referred to as **Subject Parcel**. The **Subject Parcel** is further described in **Attachment A.** The investigation has revealed that the parcel contains similar attributes to that of parcels previously found to contain controlled substances or proceeds/payments from the sale of controlled substances.  Further, the parcel has had a positive alert by a narcotics detection canine, indicating the presence of a narcotic odor.   Accordingly, I believe there is probable cause that the parcel to be searched contains evidence, contraband, or property in violation of 21 U.S.C. § 841(a)(1) (possession with intent to distribute and the distribution of controlled substances) and 18 U.S.C. § 1952(a)(1) (using the mail to distribute the proceeds of criminal activity). Upon execution of the search warrant, I will provide the court with documentation of my findings.

4.      Since this affidavit is being submitted for the limited purpose of securing an application for a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## BACKGROUND

5.      Experience, training and drug-trafficking intelligence information

gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed, reliability, free telephone and Internet parcel tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business-to-business correspondence. Intelligence from prior parcels thatwere found to contain controlled substances or proceeds/payments, has indicated that the labels for packages containing drugs or proceeds/payments are usually addressed from an individual to an individual. Express Mail is seldom used for legal individual-to-individual correspondence.

6.      In an effort to combat the flow of controlled substances through the overnight delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known source cities of controlled substances. The USPIS conducted an analysis of prior parcels mailed through overnight delivery services, which were found to contain controlled substances or proceeds/payments of controlled substance sales. While the analysis of prior parcels, which were found to contain controlled substances or proceeds/payments, indicated that these labels are usually from an individual to an individual, it is increasingly more common to have overnight

delivery parcels display a business or company name and contain narcotics or proceeds. In these instances, the sender information was randomly selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

7.      Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet), as well as the investigation of other similar dark web marketplaces, the USPIS learned that unknown persons posted intelligence on dark web related websites warning would be drug mailers that most USPIS search warrant affidavits for narcotics/narcotics proceeds parcels, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Since these postings, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on narcotics/narcotics proceeds parcels. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage remains the method of payment for most narcotics/narcotics proceeds parcels.   In some instances, however, drug

traffickers will purchase postage with cryptocurrency to conceal the origin of the payment. I am aware of several online services that offer postage for sale and accept cryptocurrency for payment. Based on my training and experience, I am aware individuals who offer illegal contraband for sale on dark web marketplaces frequently utilize such services in an attempt to remain anonymous.

8.     Furthermore, USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: parcel mailed from or addressed to a known narcotic source city; parcel has a fictitious return address; parcel addressee name is unknown at the destination address; parcel sender name is unknown at the return address; parcel has address information which is handwritten; parcel is mailed from a Commercial Mail Receiving Agency (CMRA); parcel is addressed to residential areas; parcel is addressed from an individual to an individual; parcels are wrapped in brown paper and/or heavily taped; and the ZIP Code

from where the parcel is mailed is different than the ZIP Code used in the return address; and or any other characteristic previously noted in this paragraph.

9.    The United States Postal Inspection Service, Chicago Division, Contraband Interdiction Investigations Team has found the characteristics listed in paragraphs five, six, seven, and eight are indicative of parcels which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

**PROBABLE CAUSE**

10.    On Thursday, June 26, 2025, upon a review of Postal Business records, I (**Affiant**) discovered USPS Priority Mail parcel **#9405 5361 0619 3295 5670 11** (**Subject Parcel**) in the mail stream.  Postal Business records indicate the **Subject Parcel** was mailed on June 24, 2025, at approximately 7:29 PM PDT from the Anaheim, California, post office, a known narcotics source city[1], and arrived at the Champaign, Illinois, Packaging and Distribution Center on June 25, 2025, at approximately 11:28 PM CT.  The **Subject Parcel** was addressed to 1326 Chandler St, Danville, Illinois 61832 with a sender address of 19809 N 84th St, Scottsdale, Arizona 85255.  Postage for the **Subject Parcel** was paid using an unspecified electronic form of payment (i.e., gift card, credit card, debit card,

---

[1]  Based on my training and experience, I am aware a majority of USPIS narcotics seizures are from parcels mailed from states along the southwest border of the United States. I am further aware that states along the southwest border of the United States are commonly the initial point of entry of narcotics into the United States.

etc.).  The weight listed for the **Subject Parcel** was approximately 13 pounds, 6.4 ounces.

11.    Based on the weight of the package, its origin in a source city, and the anonymous payment of the postage, on Thursday, June 26, 2025, I intercepted and took custody of the **Subject Parcel** at the Champaign, Illinois, Packaging and Distribution Center, located at 2001 N. Mattis Ave, Champaign, Illinois 61821. This interception of the package was temporary and to allow me to evaluate the package further.

12.    A visual examination of the **Subject Parcel** revealed it had been addressed from "Richard Lovell" with a return address of 19809 N. 84th St, Scottsdale, Arizona 85255.  The **Subject Parcel** was addressed to an individual and was packaged in a non-USPS brown cardboard box measuring approximately 12 inches by 12 inches by 12 inches with a weight listed of approximately 13 pounds, 6.4 ounces. A search of a law enforcement database revealed "Richard Lovell" is not associated with the sender address at 19809 N. 84th Street in Scottsdale, Arizona.  Additionally, although the sender/return address listed on the Subject Parcel is located in Scottsdale, Arizona, the Subject Parcel was actually mailed from Anaheim, California.

13.    Further review of the **Subject Parcel** revealed it had been addressed to "Steven Fitzwater" with a recipient address of 1326 Chandler St, Danville, IL

61832.  A subsequent review of a law enforcement database, as well as Postal Business records, revealed "Steven Fitzwater" is not currently associated with that recipient address.  Following this visual examination and further inspection of the Subject Parcel, the **Subject Parcel** was transported to the Illinois State Police Zone 5 Champaign Office.

14.    On Thursday, June 26, 2025, Trooper  Kyle Burgus, with the Illinois State Police, and his canine partner "Luna" responded to the ISP Zone 5 Champaign Office. "Luna" is trained to detect the controlled substance odors of cannabis, methamphetamine, cocaine, crack cocaine, and heroin. "Luna" is certified as a narcotics detection canine by the Illinois State Police K9 Section and was last certified on April 30, 2025.

15.    On Thursday, June 26, 2025, I was present at the ISP Zone 5 Champaign Office and observed the following. The **Subject Parcel** was placed among three (3) empty packages of similar sizes, in an area not known to have been contaminated by a narcotic odor. Subsequently, Trooper Burgus had "Luna" search the area containing the **Subject Parcel**. Upon arriving at the **Subject Parcel**, Trooper Burgus advised that canine "Luna" gave a "Trained Final Response" by laying down at the **Subject Parcel,** indicating that she had smelled the presence of a narcotic odor. I observed "Luna" to not react in the same manner to the other three (3) empty boxes. Following this alert, I retained

custody of the **Subject Parcel** at the ISP Zone 5 Champaign Office, located at 2125 S. First St, Champaign, Illinois.

16.    In summary, the **Subject Parcel** has the following characteristics which are consistent with parcels that have been found to contain controlled substances/drug proceeds: the parcel was mailed from a known narcotics source area in California; according to a law enforcement database, the sender name is not associated with the sender address; the return address listed is in a different state than the parcel was mailed from; and, according to a law enforcement database, the recipient name is not associated with the recipient address. In addition, the parcel received a positive alert from a narcotics detection canine indicating the presence of a narcotic odor inside the package.

17.    The **Subject Parcel** measures approximately 12 inches by 12 inches by 12 inches, weighs approximately 13 pounds 6.4 ounces and has a postage fee of $26.07.  See **Attachment A** for a photo of the **Subject Parcel**.

## CONCLUSION

18.    Based on my training and experience and in conjunction with the overall investigation of the **Subject Parcel**, I believe the **Subject Parcel** may contain evidence of violations of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 1952(a)(1).

19.    Based on my training and experience, I know that fingerprints,

DNA, or other evidence concerning the identity of the sender may be located on items or packaging materials inside the parcel.

20.     The **Subject Parcel** is currently in my custody at the Illinois State Police Zone 5 Champaign office located at 2125 South First St, Champaign, Illinois.

21.     I am requesting authorization to execute the requested warrant and open the **Subject Parcel** any time in the day or night because the intrusion involved will not constitute an intrusion on any person or any premises.

22.     I submit that this affidavit supports probable cause for a search warrant.  Upon execution of the search warrant, I will provide the court with documentation of my findings.

## REQUEST FOR SEALING

23.     I further request that the Court order that all documents in support of this application, including the affidavit, search warrant and subsequent return, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Redacted

_____
Postal Inspector TFO Jonathan D. Haley
United States Postal Inspection Service

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed. R. Crim. P. 4.1 on this 27th day of June 2025.

Eric Long
Digitally signed by Eric Long
Date: 2025.06.27 13:01:02
-05'00'

_____
HONORABLE ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

| | |
|---|---|
| Location of Subject Parcel: | Illinois State Police Zone 5 Champaign – 2125 South First St., Champaign, IL |
| USPS Tracking Number: | 9405 5361 0619 3295 5670 11 |
| Sender Address: | Richard Lovell 19809 N 84th St, Scottsdale, AZ 85255 |
| Recipient Address: | Steven Fitzwater 1326 Chandler St, Danville, IL 61832 |
| Parcel Dimensions: | 12 inches by 12 inches by 12 inches |
| Parcel Weight: | 13 pounds 6.4 ounces |



*Image of Subject Parcel*

## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.