AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

In the Matter of the Search of  
*(Briefly describe the property to be searched or identify the person by name and address)*

U.S. Postal Service Priority Mail Parcel

# 9405 5361 0619 3295 5670 11

Case No. 25-MJ-7039

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Central__ District of __Illinois__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __July 11, 2025__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Eric I. Long__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __6/27/2025; 1:00 p.m.__

**Eric Long** *Digitally signed by Eric Long Date: 2025.06.27 13:01:22 -05'00'*
*Judge's signature*

City and state:    __Urbana, Illinois__    Eric I. Long, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-MJ-7039 | 6/27/25 at 1:26 PM | N/A |

Inventory made in the presence of: S/A Bruens (ISP)

Inventory of the property taken and name of any person(s) seized:

USPS Priority Mail parcel #9405 5361 0619 3295 5670 11:

- Three vacuum sealed bags of THC infused products and one vacuum sealed bag of suspected cannabis with a combined gross weight of approx. 5,008.2g, with packaging.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/10/25

redacted

*Executing officer's signature*

USPIS TFO Jonathan Haley

*Printed name and title*

# ATTACHMENT A

| | |
|---|---|
| Location of Subject Parcel: | Illinois State Police Zone 5 Champaign – 2125 South First St., Champaign, IL |
| USPS Tracking Number: | 9405 5361 0619 3295 5670 11 |
| Sender Address: | Richard Lovell<br>19809 N 84th St, Scottsdale, AZ 85255 |
| Recipient Address: | Steven Fitzwater<br>1326 Chandler St, Danville, IL 61832 |
| Parcel Dimensions: | 12 inches by 12 inches by 12 inches |
| Parcel Weight: | 13 pounds 6.4 ounces |



*Image of Subject Parcel*

## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.